IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN MARGRETTA, | : |
| Plaintiff | : |
| vs. | : CIVIL NO. 1:CV-17-0037 |
| | : (Judge Caldwell) |
| TAMMY FERGUSON, *et al.*, | : |
| Defendants | : |

*O R D E R*

AND NOW, this 6th day of March, 2017, in accordance with the accompanying memorandum, it is ORDERED that Plaintiff's Motion for Rule 54(b) Determination and Entry of Final Judgment (ECF No. 13) is denied.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge