IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN MARGRETTA, | : |
|     Plaintiff | : <br> :   CIVIL NO. 1:CV-17-0037 |
| vs. | : <br> :   (Judge Caldwell) |
| TAMMY FERGUSON, *et al.*, | : |
|     Defendants | : |

*O R D E R*

AND NOW, this 6th day of March, 2017, in accordance with the accompanying memorandum, it is ordered that Plaintiff's Motion for Appointment of Counsel (ECF No. 12) is denied.

                                                      /s/ William W. Caldwell
                                                    William W. Caldwell
                                                    United States District Judge