IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN MARGETTA,<br>      Plaintiff | : | NO. 1:17cv0037 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| TAMMY FERGUSON, ET AL.,<br>      Defendants | : | |
| | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 22nd day of March 2018, upon consideration of Defendants' motion (Doc. 21) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the Court's Memorandum of this date, it is hereby ORDERED as follows:

1. The motion (Doc. 21) to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED with prejudice. Plaintiff's Amended Complaint is DISMISSED in its entirety.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

                            **BY THE COURT:**

                            s/ James M. Munley
                            **JUDGE JAMES M. MUNLEY**
                            **United States District Judge**